# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Diana Riano Mesa,

        Petitioner,

v.

Kristi Noem, *et al.*,

        Respondents.

No. CV-26-01814-PHX-JJT (JZB)

**ORDER**

Petitioner challenged her immigration detention and argued she received deferred action as to her U-Visa application. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted (Doc. 4.) Respondents' response stated "Respondents do not oppose Petitioner's request for release at this time." (Doc. 7.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her due process claim. Any remaining portions of the Petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her due process claim. The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 25th day of March, 2026.

Honorable John J. Tuchi
United States District Judge